**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>KAHLILIA DAVIS<br><br>Debtor(s) | Case No. 17-44583-MAR |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Krispen S. Carroll, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/29/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 10/27/2017.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $11,708.50.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $11,149.99 |
| Less amount refunded to debtor | $2,769.24 |

**NET RECEIPTS:** **$8,380.75**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $7,752.20 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $628.55 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$8,380.75**

Attorney fees paid and disclosed by debtor: $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACAR LEASING LTD d/b/a GM FINANC | Unsecured | 8,929.00 | 9,698.80 | 9,698.80 | 0.00 | 0.00 |
| ADVANCED PROFESSIONAL HOME H | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Unsecured | 16,409.00 | 16,208.48 | 16,208.48 | 0.00 | 0.00 |
| ANESTHESIA ASSOC OF ANN ARBOR | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CF MEDICAL | Unsecured | 50.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| CF MEDICAL | Unsecured | 50.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| CITY OF DETROIT/PARKING | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 1,726.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION/ECSI | Unsecured | 600.00 | 11,914.38 | 11,914.38 | 0.00 | 0.00 |
| DETROIT WATER DEPT | Secured | 1,800.00 | 1,998.16 | 1,998.16 | 0.00 | 0.00 |
| DIRECTV LLC | Unsecured | NA | 171.53 | 171.53 | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS | Unsecured | 746.00 | NA | NA | 0.00 | 0.00 |
| DR GREGORY SOBOL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| INSTITUTE OF CONTINUING LEGAL E | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 77,276.30 | 77,276.30 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 5,945.00 | 5,945.00 | 5,945.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 600.00 | 1,821.75 | 1,821.75 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 2,580.00 | 2,239.68 | 2,239.68 | 0.00 | 0.00 |
| LESTER MORGAN CULTURAL GARDE | Secured | 16,800.00 | NA | NA | 0.00 | 0.00 |
| MICHIGAN FIRST CREDIT UNION | Unsecured | 1,418.00 | 1,401.69 | 1,401.69 | 0.00 | 0.00 |
| MICHIGAN FIRST CREDIT UNION | Secured | 1,127.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST RECOVERY SYSTEM | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| MIDWESTERN AUDIT SERVICES | Unsecured | 840.00 | 840.50 | 840.50 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 35,952.00 | 36,634.76 | 36,634.76 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 7,644.00 | 7,789.51 | 7,789.51 | 0.00 | 0.00 |
| PLAINTIFF INVESTMENT FUNDING LL | Unsecured | NA | 2,495.00 | 2,495.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,806.00 | 1,806.16 | 1,806.16 | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ROLF J BIELEFELD | Unsecured | 15,000.00 | 10,363.48 | 10,363.48 | 0.00 | 0.00 |
| SADINO FUNDING LLC | Unsecured | 1,357.00 | 705.15 | 705.15 | 0.00 | 0.00 |
| SADINO FUNDING LLC | Unsecured | NA | 705.15 | 705.15 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 16,000.00 | 18,493.35 | 18,493.35 | 0.00 | 0.00 |
| STATE OF MICHIGAN CD | Priority | 300.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THE U-M HEALTH SYSTEM | Unsecured | NA | 4,078.64 | 4,078.64 | 0.00 | 0.00 |
| T-MOBILE USA INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 584.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MANAGEMENT | Unsecured | 1,625.00 | NA | NA | 0.00 | 0.00 |
| U S DEPARTMENT OF EDUCATION | Unsecured | 139,717.00 | 136,143.20 | 136,143.20 | 0.00 | 0.00 |
| U S DEPT OF EDUCATION | Unsecured | NA | 3,896.00 | 3,896.00 | 0.00 | 0.00 |
| UNITED GUARANTY COMMERICAL I | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| UNITED GUARANTY RESIDENTIAL IN | Unsecured | NA | 7,945.66 | 7,945.66 | 0.00 | 0.00 |
| UNIVERSITY OF MICHIGAN | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF MICHIGAN HEALTH | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| WAYNE COUNTY TREASURER | Secured | 5,000.00 | 5,020.32 | 5,020.32 | 0.00 | 0.00 |
| WILLIE DAVIS | Unsecured | 28,000.00 | 48,780.12 | 48,780.12 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,493.35 | $0.00 | $0.00 |
| All Other Secured | $12,963.48 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$31,456.83** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,821.75 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$1,821.75** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$381,194.19** | **$0.00** | **$0.00** |

## Disbursements:

| | | |
|---|---|---|
| Expenses of Administration | $8,380.75 | |
| Disbursements to Creditors | $0.00 | |
| **TOTAL DISBURSEMENTS** : | | **$8,380.75** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/28/2018 By: /s/ Krispen S. Carroll

Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.